# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | |
|---|---|
| SCOT BACON, Register No. 1007200, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4426-CV-C-SOW |
| ) | |
| STEWART EPPS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 27, 2006, the United States Magistrate Judge recommended that plaintiff's claims against defendants McSwain, Jackson, Fleming, Schiverdecker, Sands, Chapman, Very, Bailey, Graves, Michell, Henry Schein, Inc., Den-Tal E.Z., Inc., and Patterson Dental be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006 Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff's claims against defendants McSwain, Jackson, Fleming, Schiverdecker, Sands, Chapman, Very, Bailey, Graves, Michell, Henry Schein, Inc., Den-Tal E.Z., Inc., and Patterson Dental are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 17, 2006